**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STEVEN EARL HILL, JR.                                                    PLAINTIFF
ADC # 139009

v.                                    5:12-cv-00329-DPM-JJV

MATTHEW PAUL WRIGHT, JR.,
Lt., Varner Super Max, ADC; and
SCOTT A. TAYLOR, Lt.,
Varner Super Max, ADC                                                 DEFENDANTS

## ORDER

1.      Service is appropriate for all Defendants.

2.      The Clerk of the Court shall prepare Summons for Defendants.

3.      The United States Marshal shall serve a copy of the Complaint (Doc. No. 2) and

Summons on Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this <u>13th</u> day of August, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE