IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN EARL HILL, JR.                                                                   PLAINTIFF
ADC # 139009

v.                                   5:12-cv-00329-DPM-JJV

MATTHEW PAUL WRIGHT, JR.,
Lt., Varner Super Max, ADC; and
SCOTT A. TAYLOR, Lt.,
Varner Super Max, ADC                                                                   DEFENDANTS

## ORDER

1. Service is appropriate for all Defendants.

2. The Clerk of the Court shall prepare Summons for Defendants.

3. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2) and Summons on Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 13th day of August, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE