IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN EARL HILL, JR.  PLAINTIFF
ADC # 139009

v.   No. 5:12-cv-329-DPM-JJV

MATTHEW PAUL WRIGHT., JR.,
Lt., Varner Super Max, ADC; and
SCOTT A. TAYLOR, Lt.,
Varner Super Max, ADC  DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations, *Document No. 10*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b)(Advisory Committee notes to 1983 addition), and for legal error, the Court agrees that the Eleventh Amendment bars Hill's claims for damages against Wright and Taylor in their official capacities. Those claims are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 October 2012