**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STEVEN EARL HILL, JR.  PLAINTIFF
ADC # 139009

v.  5:12-cv-00329-DPM-JJV

MATTHEW PAUL WRIGHT, JR.,
Lt., Varner Super Max, ADC; and
SCOTT A. TAYLOR, Lt.,
Varner Super Max, ADC  DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment. (Doc. No. 30). In the Motion, Plaintiff asserts that the Defendants are in default because they failed to respond to his Motion to Compel (Doc. No. 22). Plaintiff's assertion is erroneous. On January 11, 2013, the Defendants submitted a timely Response in Opposition to his Motion to Compel (Doc. No. 28) and the Motion was subsequently denied. Plaintiff's Motion for Default Judgment is, therefore, DENIED.

IT IS SO ORDERED this 7th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE