IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN EARL HILL, JR.
ADC # 139009                                                                                   PLAINTIFF

v.                               No. 5:12-cv-329-DPM-JJV

MATTHEW PAUL WRIGHT, JR.,
Lt., Varner Super Max, ADC and
SCOTT A. TAYLOR, Lt., Varner Super
Max, ADC;                                                                                      DEFENDANTS

### ORDER

The Court has considered Judge Volpe's Proposed Findings and Recommendations, № 40, and Hill's objections, № 45. On *de novo* review, the Court adopts the proposal as its decision. FED. R. CIV. P. 72(b)(3). Hill's motion for a preliminary injunction and temporary restraining order, № 36, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 July 2013