IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN EARL HILL, JR.  PLAINTIFF
ADC # 139009

v.  No. 5:12-cv-329-DPM-JJV

MATTHEW PAUL WRIGHT, JR.,
Lieutenant, Varner Super Max, ADC,
and SCOTT A. TAYLOR,
Lieutenant, Varner Super Max, ADC  DEFENDANTS

### ORDER

Hill has not objected to Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations, № 54. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b)(Advisory Committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Defendants' motion for summary judgment, № 47, is granted; Hill's complaint, № 2, is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2013