# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**STEVEN EARL HILL, JR.**                                                                **PLAINTIFF**
ADC # 139009

v.                                       No. 5:12-cv-329-DPM

**MATTHEW PAUL WRIGHT, JR.,**
Lieutenant, Varner Super Max, ADC,
and **SCOTT A. TAYLOR,**
Lieutenant, Varner Super Max, ADC                       **DEFENDANTS**

## JUDGMENT

Hill's complaint is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2013