## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

STEVEN EARL HILL, JR.                                                          PLAINTIFF
ADC # 139009

v.                                  No. 5:12-cv-329-DPM

MATTHEW PAUL WRIGHT, JR.,
Lieutenant, Varner Super Max, ADC,
and SCOTT A. TAYLOR,
Lieutenant, Varner Super Max, ADC                                DEFENDANTS

## JUDGMENT

Hill's complaint is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 October 2013